**Order entered February 11, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00439-CV

**JOHN PANIAGUA; AND HERMELINDA MARAVILLA CORONA AND JOSE CAMERINO MARAVILLA, SR., INDIVIDUALLY, AS PERSONAL REPRESENTATIVES OF THE ESTATE OF JOSE CAMERINO MARAVILLA, DECEASED, ET AL., Appellants**

**V.**

**WEEKLEY HOMES, LLC, Appellee**

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-02097**

## ORDER

Before the Court is appellee's February 7, 2020 unopposed motion for second extension of time to file its brief. We **GRANT** the motion and **ORDER** the brief be filed no later than March 11, 2020.

/s/    ERIN A. NOWELL
          JUSTICE